**Danny C. GILLETTE, Plaintiff–Appellant,**

**and**

**Steve L. Anderson, Plaintiff,**

**v.**

**State of WEST VIRGINIA; West Virginia Regional Jail and Correctional Facility Authority; Steven Canterbury, Executive Director; Waitman Lee Frederick, Administrator; John Lopez, Director/Inmate Services; Julie K. McCollam, Counselor, all in their official and individual capacities, Defendants–Appellees.**

**No. 03–6947.**

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 11, 2003.

Decided Sept. 24, 2003.

Danny C. Gillette, Appellant Pro Se.

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Danny C. Gillette appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Gillette v. West Virginia,* No. CA–01–1309–2 (S.D.W. Va. June 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*